UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**<br><br>PLAINTIFF,<br><br>V.<br><br>**KURT A. KAUTZ; DAVID CHARLES ROYCE;** AND DOES 1-10 DEFENDANTS. | CASE NO. 2:16-cv-01940-MCE-CKD<br><br>**Order granting request to extend time to respond to respond to initial complaint**<br><br>Complaint Served:       9/2/16<br>Current Response Date: 10/3/16<br>New Response Date: 11/15/16<br>District Judge: District Judge Morrison C. England, Jr |

Upon considering the parties' Stipulation and Request to Extend Time to Respond to Initial Complaint, it is hereby ordered that the deadline for all defendants in this case shall be extended to November 15, 2016.

IT IS SO ORDERED.

Dated:  October 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER - 1