UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KURT A. KAUTZ;<br>DAVID CHARLES ROYCE; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-01940-MCE-CKD<br><br>**ORDER** |

　　Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: January 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE